# Court of Appeals
# of the State of Georgia

ATLANTA, August 21, 2024

*The Court of Appeals hereby passes the following order*

**A25D0019. RACQUEL SULLIVAN v. FLOYD SULLIVAN JR.**

    Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

20A06293



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, August 21, 2024.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*